# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-2194

_____

Pamela Hoskins-Harris,  *
                        *
        Appellant,      *
                        *
                        *   Appeal from the United States
    v.                  *   District Court for the
                        *   Eastern District of Missouri.
                        *
Tyco/Mallinckrodt Healthcare;  *
United Auto Workers, Local 1887,  *        [UNPUBLISHED]
                        *
        Appellees.      *

_____

Submitted: October 15, 2009
Filed: October 20, 2009

_____

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Pamela Hoskins-Harris (Hoskins-Harris) appeals the district court's[1] adverse grant of summary judgment in her employment discrimination action. After reviewing the record de novo, viewing the evidence and all reasonable inferences from it in the light most favorable to Hoskins-Harris, see Jacob-Mua v. Veneman, 289 F.3d 517, 520 (8th Cir. 2002) (standard of review), we conclude summary judgment was

_____

[1]The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.

proper for the reasons stated by the district court.  Thus, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____